IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE DANIELS, ADC # 158367                                                                PLAINTIFF

v.                                          1:16CV00035-DPM-JJV

HILL, Sergeant, Grimes Unit; *et al.*                                                      DEFENDANTS

**ORDER**

Having reviewed Plaintiff's Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service is appropriate for Defendant Lisa Ramsey.

IT IS THEREFORE ORDERED that the Clerk of Court shall prepare Summons for this Defendant, and the United States Marshall shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on her without prepayment fees or costs or security therefore. Service for Defendant Ramsey should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612.

DATED this 8th day of April, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).