IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE DANIELS,
ADC #158367                                                                    PLAINTIFF

v.                       No. 1:16-cv-35-DPM-JJV

HILL, Sergeant/Problem Solver, Grimes Unit;
NARROCON, Sergeant/Problem Solver;
LISA RAMSEY, Classification Clerk; and
WRIGHT, Sergeant, Grievance Officer                             DEFENDANTS

ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Daniels's claims against Hill, Narrocon, and Wright are dismissed without prejudice. An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2016